# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| REBECCA MICHELLE HAMRICK, individually and as parent of minors A.H. and K.H., and HAYLEY HARRISON, | ) ) ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 1:22-cv-00143-MR-WCM |
| vs. | ) ) | |
| RUTHERFORD COUNTY, JOHN CARROLL in his individual capacity, KIMBER DOVER-JACKSON, in her individual capacity, and KELSEY FERGUSON, in her individual capacity, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 30, 2024 Memorandum of Decision and Order.

July 30, 2024

Katherine Hord Simon, Clerk
United States District Court